**FILED**
**MARCH 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number:

Kelly Caraynoff, as mother of Alexander R. Caraynoff, a minor
v.
Heelys Sports, Ltd.

**08 C 1553**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Heeling Sports, Ltd., a Texas general partnership, incorrectly sued as "Heelys Sports, Ltd."

**JUDGE DOW**
**MAGISTRATE JUDGE BROWN**

| NAME (Type or print) |
| --- |
| Jonathan P. Schaefer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jonathan P. Schaefer |
| FIRM |
| Purcell & Wardrope, Chtd. |
| STREET ADDRESS |
| 10 S. LaSalle Street, Suite 1200 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6182649 | 312-427-3900 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐