

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS
    CLERK**                                                                    312-435-5691

March 18, 2008

Barry Weiss
Topper and Weiss, Ltd.
19 South LaSalle Street
Suite 1202
Chicago, IL 60603


RE:      Kelly Caraynoff et al v. Heelys Sports, Ltd.
         08 C 1553  -  Judge Robert M. Dow, Jr.

Dear Counselor:


The records of this office indicate that on     March 17, 2008        a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter.
The notice lists the circuit court case number as **08 L 1296.**     The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.


                Sincerely yours,

                Michael W. Dobbins, Clerk


                By:  s/ Haydee Pawlowski
                      Deputy Clerk