3625 BSP/P CC202

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| KELLY CARAYNOFF, as mother of ALEXANDER R. CARAYNOFF, a minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO.  08 C 1553 |
| HEELYS SPORTS, LTD., a corporation, | ) ) ) ) | Honorable Judge Robert M. Dow, Jr. |
| Defendant. | ) | |

## NOTICE OF FILING

To:   Barry Weiss
      Topper and Weiss, Ltd.
      19 S. LaSalle Street, Suite 1202
      Chicago, IL 60603

PLEASE TAKE NOTICE that on **May 5, 2008**, we electronically filed in the United States District Court for the Northern District of Illinois – Eastern Division, ***Joint Status Report***, copies of which are attached hereto.

By:   /s/ Jonathan P. Schaefer

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\JPS\3625 - Caraynoff\Pleadings\NOF004 (Fed Ct.).doc

## CERTIFICATE OF SERVICE

I, Josefina Rojas, a non-attorney, pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, certify that I served this Notice of Filing and the documents referenced, by U.S. Mail, copies to all attorneys of record at their listed addresses on May 5, 2008.

/s/ Josefina Rojas