**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kelly Caraynoff, et al.
                         Plaintiff,

v.                                             Case No.: 1:08−cv−01553
                                              Honorable Robert M. Dow Jr.

Heelys Sports, Ltd.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr: Status hearing held on 5/7/2008. Fact discovery to be completed on or before 8/28/08. Service of the plaintiff's answers to the state−court discovery propounded by the defendant will be within the next 21 days, or by 5/28/08. The plaintiff is to serve her initial discovery on the defendant by 5/21/08 and the defendant shall respond thereto by 6/20/08. The parties will also provide FRCP 26(a)(1) Initial Disclosures by 5/28/08. Deposition of the parties and occurrence/post−occurrence witnesses, including the parents of the minor plaintiff by 8/28/08. The plaintiff to disclose her expert(s) by 10/28/08 and present her experts for deposition (if requested) by 12/15/08, and defendant has until 1/31/09 to disclose, and to 3/15/09 to present its Rule 26(a)(2) experts. Status hearing set for 8/26/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.