## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

In the Matter of    Case Number:

Kelly Caraynoff et al    08C 1553

Heelys Sport Ltd

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kelly Caraynoff as mother of Alexander R. Caraynoff, a minor

| | |
|---|---|
| NAME (Type or print) | BARRY WEISS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Barry Weiss |
| FIRM | Topper and Weiss Ltd |
| STREET ADDRESS | 19 S. LaSalle St #1202 |
| CITY/STATE/ZIP | Chicago IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  312-641-1925 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☒  NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

FILED
MAY 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT