IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

KELLY CARAYNOFF as mother of )
ALEXANDER R. CARAYNOFF, a minor, )
            )
  Plaintiff, )
            )
  vs. ) NO. 08 C 1553
            )
HEELYS SPORTS, LTD., )
            )
  Defendant. )

**NOTICE OF FILING**

FILED
MAY - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Mr. Jonathan P. Schaefer
    Purcell & Wardrope, Chtd.
    10 South LaSalle St., Suite 1200
    Chicago IL  6063

PLEASE TAKE NOTICE that on the __7__ day of __May__, 2008, we shall file with the Clerk of the United States District Court, **ANSWER TO AFFIRMATIVE DEFENSES**, copies of which are herewith served upon you.

TOPPER AND WEISS, LTD., #80826
19 S. LaSalle St., **Suite 1202**
Chicago IL  60603
#312-641-1975

**PROOF OF SERVICE BY MAIL**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I, Janet Nuccio, a non-attorney on oath, state that I served this notice by mailing a copy to the above named attorney at their respective address by depositing same in the United States mail with first class postage prepaid on _____.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

KELLY CARAYNOFF, as mother of )
ALEXANDER R. CARAYNOFF, a minor, )
)
      Plaintiff, )
)
    vs. ) NO. 08 C 1553
HEELYS SPORTS, LTD., )
a corporation, )
)
      Defendant. )

FILED
MAY -7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWER TO AFFIRMATIVE DEFENSES

### ANSWER TO FIRST AFFIRMATIVE DEFENSE

NOW COMES the plaintiff, KELLY CARAYNOFF, as mother of ALEXANDER R. CARAYNOFF, a minor, and in answer to defendant's First Affirmative Defense, states as follows:

1. Denies the allegations of Paragraph 1 of the First Affirmative Defense; further answering, plaintiff alleges that the product failed to perform as safely as an ordinary consumer of the age of the minor plaintiff would expect, especially when his use was in an intended or reasonably foreseeable manner.

WHEREFORE, plaintiff, KELLY CARAYNOFF, as mother of ALEXANDER R. CARAYNOFF, a minor, prays defendant's First Affirmative Defense be dismissed.

### ANSWER TO SECOND AFFIRMATIVE DEFENSE

## ANSWER TO SECOND AFFIRMATIVE DEFENSE

NOW COMES the plaintiff, KELLY CARAYNOFF, as mother of ALEXANDER R. CARAYNOFF, a minor, and in answer to defendant's Second Affirmative Defense, states as follows:

1. Admits the allegations of Paragraph 1.

2. Denies the allegations of Paragraph 2 and specifically subparagraphs a-d.

WHEREFORE, plaintiff, KELLY CARAYNOFF, as mother of ALEXANDER R. CARAYNOFF, a minor, prays defendant's Second Affirmative Defense be dismissed.

TOPPER AND WEISS, LTD.

BY: _____
BARRY WEISS

TOPPER AND WEISS, LTD.
19 S. LaSalle St., Suite 1202
Chicago IL 60603
#312-641-1975